No. 16,759.

DYER v. SLUMAN.
(250 P. [2d] 139)

Decided October 27, 1952.

*Per Curiam.*

Judgment affirmed en banc without written opinion.

Mr. F. NELSON PABST, for plaintiff in error.

Mr. VERNON V. KETRING, Mr. ALEX B. HOLLAND, Mr. WILBUR ROCCHIO, for defendant in error.